**Electronically Filed
Supreme Court
SCWC-18-0000018
23-SEP-2019
01:22 PM**

SCWC-18-0000018

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

VICENTE KOTEKAPIKA HILARIO,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000018; 5PC111000023)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Vicente Kotekapika Hilario's application for writ of certiorari, filed on August 1, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

